REICHELLAW PC
MARK REICHEL, ATTORNEY AT LAW
SBN: 155034
455 Capitol Mall, Suite 802
Sacramento, CA  95814
Telephone:   (916) 548-7398
Fax: (888) 505-9331
mark@reichellaw.com
www.reichellaw.com

Attorney for Defendant
PHUOC TRAN

# IN THE UNITED STATES OF DISTRICT COURT FOR THE

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>PHUOC TRAN,<br><br>  Defendant. | Case No.: 2:22-CR-00046-06-WBS<br><br>**WAIVER OF PERSONAL APPEARANCE**<br><br>Date: September 15, 2025<br>Time: 10:00 AM<br>Court: Hon. WILLIAM B. SHUBB |

Pursuant to Rule 43 of the Federal Rules of Criminal Procedure, Defendant PHUOC TRAN hereby waives the right to be present in person in open court upon the hearing of any motion or other proceeding in this case, including when the case is set for trial, when a continuance is ordered, when time is excluded under the Speedy Trial Act, when a detention hearing is held, and when any other action is taken by the Court before or after trial, except upon such critical stages as an arraignment, change of plea, empanelment of jury and imposition of sentence.

Defendant hereby requests the Court to proceed during every absence of his which the Court may permit pursuant to this waiver; agrees that his interests will be deemed represented at all times by the presence of his attorney, the same as if defendant were personally present; and further agrees to be present in person in court ready for trial on any day which the Court may fix in his absence.

DATED:   August 13, 2025                     /s/ *Phuoc Tran*
                                             PHUOC TRAN
                                             Defendant


DATED:   August 13, 2025                     /s/ *Mark Joseph Reichel*
                                             MARK JOSEPH REICHEL
                                             Attorney for Defendant
                                             Phuoc Tran


**IT IS SO ORDERED.**

Dated:  August 13, 2025

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE