**REICHEL LAW PC**
**MARK REICHEL**
 **State Bar #155034**
455 Capitol Mall, Suite 802
Sacramento, CA  95814
Telephone: 916.548.7398
Facsimile: 888.505.9331
Email: mark@reichellaw.com

Attorney for Defendant
PHUOC TRAN

### IN THE UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:22-CR-00046-WBS-6 |
| Plaintiff, | STIPULATION TO ALLOW TRAVEL TO VIETNAM AND RETURN; ORDER. |
| vs. | |
| | COURT: The Honorable Sean C. Riordan |
| PHUOC TRAN, | |
| Defendant | |

It is hereby stipulated between the parties hereto, The United States of America, through its undersigned counsel, and defendant, through his counsel, that the Court shall issue an Order allowing the defendant to travel to and from Viet Nam as set forth in the attached Order.

IT IS SO STIPULATED,

March 23, 2026          ERIC GRANT
                       United States Attorney

March 23, 2026          /S/ROGER YANG
                       ROGER YANG
                       Assistant United States Attorney

March 23, 2026          /S/ MARK REICHEL
                       MARK REICHEL
                       Attorney At Law

DECLARATION OF MARK REICHEL

I, MARK REICHEL, hereby Declare as follows:

I am an attorney at law, licensed to practice before all the Courts of the State of California, and in the Eastern District of California. I have been an attorney in good standing in California since 1991, with no record of any bar complaints or action.

I was appointed to represent Mr. Tran on or about July 17, 2025, under the Eastern District Criminal Justice Act (CJA).

Mr. Tran was released on conditions on February 12, 2025 (Docket 196). He is in full compliance with all release terms.

Mr. Tran hereby requests permission from this Court to travel to Viet Nam and return. The request and the reasons for the request are set forth hereafter.

Mr. Tran is requesting to travel to Viet Nam, specifically Ho Chi Minh City and Da Nang, with his elderly mother. His mother, Huong Le Tran, is 87 years old; she was born in Viet Nam. The purpose of travel is for his mother to see her sister and brother. Her sister is 97 years old and is suffering from dementia. It has been 10 years since his mother has been able to see her family and now there are concerns that her sister will pass away soon. There is also the issue of his mother's advanced age to consider.

Mr. Tran is requesting to leave the United States on May 21, 2026. The trip will take 3 weeks. They will be in Ho Chi Minh City for up to 2 weeks, then to Da Nang for a week, then back to Ho Chi Minh City to depart back to the United States, returning June 15, 2026. Mr. Tran's daughter (Emily Tran), who is 19, and his wife (Quynh Ha) will be traveling with him and his mother. Mr. Tran and his family will be staying with family members while visiting Viet Nam. Mr. Tran also has a son, Benjamin, who lives in the Bay Area and attends dental school. My Tran's daughter attends Mission College in the Bay Area.

Phuoc Tran is 65 years old. He was born in Viet Nam and raised there until moving to the United States with his parents when he was 16 years old. He has lived in the U.S. since that time. Mr. Tran says there is urgency in getting his trip approved due to the price of tickets becoming very expensive as the date draws near.

Mr. Tran is very willing to keep in touch with authorities while he is abroad, even calling every day if necessary. Mr. Tran has made it very clear to me that he has no desire to <u>not</u> return to the United States as he has lived here since a teen, raised his family, and has many friends and a life here.

Executed at Sacramento, CA on this date: March 22, 2026

*Mark Reichel*

MARK REICHEL

**ORDER**

It is hereby Ordered as follows:

PHUOC TRAN may leave the United States on May 21, 2026, for 3 weeks. He will be allowed to travel to Ho Chi Minh City and then to Da Nang and then back to Ho Chi Minh City to depart back to the United States, returning June 15, 2026.  Mr. Tran may pick-up his US Passport FORTHWITH, returning it within 24 hours of his return to the United States.

**IT IS SO ORDERED**:

Dated:  March 31, 2026

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE